UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20713-DLG

CARLOS E. MORA,
and other similarly situated individuals,

    Plaintiff,

v.

EL OTRO TIESTO CAFE CORP
and WILKINS E. CASTILLO, individually

    Defendants,
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Carlos E. Mora, and Defendants, El Otro Tiesto Cafe Corp and Wilkins E. Castillo, by and through their respective undersigned counsel, hereby give notice that they have reached a full and final settlement. The settlement documents are in the process of being prepared and final dismissal papers will be filed with the Court within thirty (30) days.

Date: June 24, 2021

Respectfully submitted,

| | |
|---|---|
| **/s/ Zandro E. Palma** | **/s/ Peter R. Siegel** |
| Florida Bar No.: 24031 | Florida Bar No.: 988634 |
| The Law Offices of Zandro E. Palma PA | Greenspoon Marder LLP |
| 9100 S. Dadeland Blvd, Suite 1500, | 200 E. Broward Blvd., Suite 1800 |
| Miami, Florida, 33156 | Ft. Lauderdale, FL 33301 |
| Telephone: (305) 446-1500 | Phone: (954) 491-1120 |
| Fax: (305) 446-1502 | Fax: (954) 267-8036 |
| E-mail: zep@thepalmalawgroup.com | Email: peter.siegel@gmlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

*Carlos Mora v. El Otro Tiesto Café Corp, et al.*
Case No. 0:21-cv-20713-DLG
Page **2** of **2**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2021, a true and correct copy of the foregoing was filed with this Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

BY: ___s/ Peter R. Siegel_____
      **PETER R. SIEGEL**

47520036 67672-0002